IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No. 5:23-cr-63 (MTT) |
| **FRED LEE ROBERTS,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER REVOKING PRETRIAL RELEASE

Defendant Fred Lee Roberts appeared on August 9, 2024, for a hearing on a Petition for Action on Conditions of Pretrial Release, pursuant to 18 U.S.C. § 3148. Based on the evidence presented, the Court finds by clear and convincing evidence that Defendant committed the violations stated in the Petition and further finds that, under the present circumstances, Defendant is unlikely to abide by any condition or combination of conditions of release and that no condition or combination of conditions of release will be sufficient to secure the Defendant's appearance at trial or the safety of the community.

Accordingly, the Order Setting Conditions of Release is hereby **REVOKED**, and the Defendant is committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**, this 13th day of August, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge